THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY D. NIXON, a single man,<br><br>    Plaintiff,<br><br> v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation; WELLS FARGO BANK, a federally chartered national banking association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware corporation,<br><br>    Defendants. | Case No. 3:12-cv-05857<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO BANK'S UNOPPOSED MOTION TO VACATE TEMPORARY RESTRAINING ORDER** |

THIS MATTER having come on regularly before this Court for hearing upon Defendants Wells Fargo Bank, N.A.'s unopposed Motion to Vacate Temporary Restraining Order, and the Court having reviewed the records and files herein, including:

1. Defendants Wells Fargo Bank, N.A.'s Motion to Vacate Temporary Restraining Order;

2. Declaration of Benjamin J. Roesch in Support of Defendants Wells Fargo Bank, N.A.'s Motion to Vacate Temporary Restraining Order, and exhibits thereto; and

3. The papers and pleadings on file in this case.

ORDER GRANTING DEFENDANT WELLS FARGO BANK'S MOTION TO VACATE TEMPORARY RESTRAINING ORDER - 1

105727.1345/5533990.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Defendants Wells Fargo Bank, N.A.'s unopposed Motion to Vacate Temporary Restraining Order is hereby GRANTED. The temporary restraining order dated September 13, 2012 and entered in the Lewis County Superior Court in the above-caption action prior to removal [*see* Doc. 6, pp. 37-41] is vacated as of the date below.

Dated this 18th day of December, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

LANE POWELL PC

By  *s/ Benjamin J. Roesch*
   Ronald E. Beard, WSBA No. 24014
   Benjamin J. Roesch, WSBA No. 39960
Attorneys for Defendant Wells Fargo Bank, N.A.

ORDER GRANTING DEFENDANT WELLS FARGO BANK'S MOTION TO VACATE TEMPORARY RESTRAINING ORDER - 2

105727.1345/5533990.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107